UNION COURSE HOLDING CORPORATION, Respondent, *v.* TOMASETTI CONSTRUCTION COMPANY et al., Appellants.

Argued January 10, 1946; decided March 7, 1946.

804

*Frederick Mellor* and *William Butler* for appellants.
*Samuel Marion* for respondent.

Judgment affirmed, with costs; no opinion. (See 295 N. Y. 894.)

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.